# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br>v.<br>NATALYA BOKOCH;<br>VASILIY BOKOCH;<br>SERGEY KUKURVAK;<br>TATYANA KUKURVAK;<br>MIAN, INC., a California Corporation; and Does 1-10,<br><br>      Defendants. | Case No.: 2:18-CV-02471-MCE-DB<br><br>**ORDER** |

The Court has reviewed the notice of settlement filed by Plaintiff. Given that notice, the Court hereby vacates all currently set dates. Not later than April 5, 2019, the parties shall file a Joint Stipulation for Dismissal.

IT IS SO ORDERED.

Dated: February 5, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE