# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

NATALYA BOKOCH;
VASILIY BOKOCH;
SERGEY KUKURVAK;
TATVANA KUKURVAK;
MIAN, INC., a California Corporation;
and Does 1-10,

    Defendants,

**Case No**. 2:18-CV-02471-MCE-DB

ORDER TO EXTEND DATE FOR FILING DISMISSAL

Pursuant to the stipulation of the parties, Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants NATALYA BOKOCH; VASILIY BOKOCH; SERGEY KUKURYAK; TATYANA KUKURYAK ("Defendants"), the deadline to file Dismissal is extended to May 06, 2019.

    IT IS SO ORDERED.

Dated: April 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE