# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>NATALYA BOKOCH;<br>VASILIY BOKOCH;<br>SERGEY KUKURVAK;<br>TATVANA KUKURVAK;<br>MIAN, INC., a California Corporation;<br>and Does 1-10,<br><br>  Defendants. | Case: 2:18-CV-02471-MCE-DB<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE